**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael A. WILLIAMS, Defendant–Appellant.**

No. 03–6434.

United States Court of Appeals, Fourth Circuit.

Submitted May 15, 2003.

Decided May 28, 2003.

Michael A. Williams, Appellant Pro Se. Timothy Joseph Shea, Assistant United States Attorney, Amy Eileen Pope, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael A. Williams appeals the district court's order denying his motion to modify his term of imprisonment pursuant to 18 U.S.C. § 3582 (2000). We have reviewed the record and the district court's opinion and find no reversible error. The statute on which Williams relied provides no basis for relief. Accordingly, we affirm the district court's denial. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*